# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Reedy, Kimberly L. | Docket No. | 2:17CR00128-RMP-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kimberly L Reedy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 3rd day of August 2017, under the following conditions:

**Standard Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposes as directed.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #24:** Defendant shall participate in a substance abuse evaluation as directed by Pretrial Services. Following the evaluation, Defendant shall complete any recommended aftercare program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United Stated Probation Office should determine otherwise. The United States Probation office shall also determine the time and place of testing and evaluation and the scope of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to appear before the Court for a scheduled hearing on September 19, 2017.

**Violation #2:** The defendant tested positive for the presence of amphetamine and methamphetamine on August 7, 2017.

**Violation #3:** The defendant tested positive for the presence of amphetamine and methamphetamine on August 10, 2017.

**Violation #4:** The defendant tested positive for the presence of amphetamine and methamphetamine on August 29, 2017.

**Violation #5:** The defendant tested positive for the presence of amphetamine and methamphetamine on September 21, 2017.

**Violation #6:** The defendant failed to report for random urinalysis testing on two September 14 and 20, 2017.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

PS-8
**Re: Reedy, Kimberly L**
**October 13, 2017**
**Page 2**

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  10/13/2017 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

October 17, 2017
Date